IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND K. HEDGESPETH, JR,

    Plaintiff,

v.

DOUG BELIAL,

    Defendant.

ORDER

Case No. 19-cv-888-jdp

Plaintiff Raymond K. Hedgespeth, Jr, a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin has filed a proposed civil complaint, but has neither paid the filing fee nor requested leave to proceed without prepayment. For this case to proceed, plaintiff must pay the $400 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than November 21, 2019.

A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's resident account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prisoner Litigation Reform Act. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Raymond K. Hedgespeth, Jr may have until November 21, 2019 to submit the $400 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately May 1, 2019 and ending approximately October 31, 2019. If, by November 21, 2019, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 31st day of October, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

_____
Plaintiff/Petitioner

v.                                                    _____
                                                      Case No.

_____
Defendant/Respondent

## NON-PRISONER APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

| **Affidavit in Support of the Application** | **Form Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper. |
| _____ Plaintiff/Petitioner Signature | _____ Date Signed |

1. For both you and your spouse, estimate the average amount of money received per month from each of the following sources during the past 12 months.

Your employer: _____

Your spouse's employer: _____

| Income Source | Average monthly income over the past 12 months | |
|---|---|---|
| | You | Spouse |
| Wages or Salary (before any deductions) | | |
| Self-Employment | | |
| Gifts | | |
| Retirement or Disability | | |
| Other (specify): | | |
| **Total Monthly Income:** | | |

2. Estimate the average monthly expenses of you and your family. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| Expense Name | Monthly Cost |
|---|---|
| Rent or home mortgage payment | |
| Utilities (electricity, heating fuel, water, sewer, telephone) | |
| Home maintenance | |
| Food | |
| Medical and dental expenses not covered by insurance (copays, etc.) | |
| Insurance (not included in mortgage payments) | |
| Taxes (not included in mortgage payments) (specify): | |
| Installment payments | |
| Maintenance and support paid to others | |
| Other (specify): | |
| **Total Monthly Expenses** | |

3. Persons who rely on you or your spouse for support.

| Name (If under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

4. List the assets, and their values, which you or your spouse own. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | Value |
|---|---|---|
| Home (your residence) | | |
| Other real estate (rental property, etc.) | | |
| Motor Vehicle #1 (year/make): | | |
| Motor Vehicle #2 (year/make): | | |
| Cash on hand | | |
| Checking | | |
| Savings | | |
| Investments (specify): | | |
| Other assets (specify): | | |

5. Debts owed by you or your spouse.

| Debt | | Amount |
|---|---|---|
| Mortgage | | |
| Auto Loans (specify): | | |
| Auto Loans (specify): | | |
| Other debts (specify): | | |
| Other debts (specify): | | |

6. Provide any additional information that is not otherwise listed above.